# Supreme Court of Kentucky

2019-SC-0066-MR
2019-SC-0138-T

CHAZERAE ME'LON TAYLOR, SR.                                    APPELLANT


ON APPEAL FROM FAYETTE CIRCUIT COURT
v.          HONORABLE ERNESTO SCORSONE, JUDGE
NO. 16-CR-01162-1


COMMONWEALTH OF KENTUCKY                                    APPELLEE


## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered October 29, 2020, is DENIED.

All sitting.  All concur.

ENTERED: February 18, 2021.

_____
CHIEF JUSTICE